# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

KENYON GRAHAM REYNOLDS

)
)
)
)

1: 09-CR-00476 AWI

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                (**X** ) Ad Prosequendum                     ( ) Ad Testificandum.

Name of Detainee:      Kenyon Graham Reynolds

Detained at (custodian):      Deuel Vocational Institution, Tracy, CA

Detainee is:  a.)    (**X**) charged in this district by:
                  ( **X**) Indictment          ( ) Information          ( ) Complaint
                  Charging Detainee With:  **18 U.S.C. § 2251(a) - Sexual Exploitation of a Minor; 18 U.S.C. § 2252 (a)(2) - Receipt or Distribution of Material Involving the Sexual Exploitation of Minors**

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court
Detainee will:  a.)    ( ) return to the custody of detaining facility upon termination of proceedings
    or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary "FORTHWITH" in the Eastern District of California.*

                Signature:  /s/David L. Gappa
                Printed Name & Phone No: David L. Gappa (559) 497-4000
                Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
          (**X** ) Ad Prosequendum              ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, "FORTHWITH" and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

  12/28/2009                             /s/ Gary S. Austin
Date                           United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male X    Female |
| Booking or CDC #: | AB5223 | DOB: |
| | Release Date: 02/01/2010 | Race: |
| | | FBI #: 163666TB3 |
| Facility Phone: | | |
| Currently Incarcerated For: | | |

---

### RETURN OF SERVICE

Executed on _____ by _____

                                      (Signature)

G:\docs\CEsteves\PROPOSED CRIM ORDERS\09cr476.Reynolds.writ.wpd
Form Crim-48                                           Revised 11/19/97