DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENYON GRAHAM REYNOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00476 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | |
| KENYON GRAHAM REYNOLDS, | Date: July 19, 2010<br>Time: 9:00 a.m. |
| *Defendant.* | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant KENYON GRAHAM REYNOLDS, that the date for status conference may be continued to July 19, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is June 21, 2010.  The requested new date is July 19, 2010**.  The parties are engaged in negotiations but the matter has not yet been resolved.  This continuance is requested to allow time for further investigation and to complete the negotiations.   The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

///

For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

DATED: June 17, 2010                              By /s/ David L. Gappa
                                                              DAVID L. GAPPA
                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff

                                                         DANIEL J. BRODERICK
                                                         Federal Defender

DATED: June 17, 2010                              By /s/ Eric V. Kersten
                                                              ERIC V. KERSTEN
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              KENYON GRAHAM REYNOLDS

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   June 17, 2010                                    /s/ [signature]
                                                   CHIEF UNITED STATES DISTRICT JUDGE