DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENYON GRAHAM REYNOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENYON GRAHAM REYNOLDS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:09-cr-00476 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date: August 9, 2010 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant KENYON GRAHAM REYNOLDS, that the date for status conference may be continued to August 9, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 19, 2010. The requested new date is August 9, 2010**.

Defense counsel will be in trial on July 19, 2010 before the Honorable Lawrence J. O'Neill, in the matter of U.S. v Joseph Brown (No. 1:08-cr-00347 LJO).

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 15, 2010 | By /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 15, 2010 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>KENYON GRAHAM REYNOLDS |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   July 15, 2010                                              _____
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE

Reynolds/Stipulation to Continue
Status Conference and Order                                    2