```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENYON GRAHAM REYNOLDS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00476 AWI |
| )  *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| v. ) | ORDER THEREON |
| KENYON GRAHAM REYNOLDS, ) | Date: October 4, 2010 |
| ) | Time: 9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Kenyon Graham Reynolds, that the date for status conference may be continued to October 4, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is September 13, 2010.  The requested new date is October 4, 2010**.

Defense counsel will be out of the office on the currently scheduled date of September 13, 2010. Additional time is also requested to allow further efforts to reach a negotiated settlement in this matter.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel, and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh

the interests of the public and the defendant in a speedy trial.

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

DATED: September 9, 2010             By /s/ David L. Gappa
                                                        DAVID L. GAPPA
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

                                                          DANIEL J. BRODERICK
                                                          Federal Defender

DATED: September 9, 2010            By /s/ Eric V. Kersten
                                                         ERIC V. KERSTEN
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         KENYON GRAHAM REYNOLDS

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 9, 2010

                                                     CHIEF UNITED STATES DISTRICT JUDGE

Reynolds: Stipulation to
Continue Status Conference                     2