1 BENJAMIN B. WAGNER
United States Attorney
2 STANLEY A. BOONE
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for the
6 United States of America

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   CASE NO.: 1:09-CR-00476 AWI
                                       )
11                  Plaintiff,         )   STIPULATION AND ORDER
                                       )   CONTINUING HEARING REGARDING
12                                     )   RESTITUTION
                                       )
13          v.                         )
                                       )
14                                     )
                                       )
15  KENYON GRAHAM REYNOLDS,            )
                                       )
16                  Defendant.         )
                                       )
17  _____)

18

19     IT IS HEREBY STIPULATED by and between the parties hereto

20 through their respective counsel, Stanley A. Boone, Assistant United

21 States Attorney for Plaintiff, and Eric V. Kersten, Attorney for

22 Defendant KENYON GRAHAM REYNOLDS, that the hearing regarding

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

_____
Stipulation & Order Continuing Hearing on Restitution

restitution currently set for January 17, 2012, at 9:00 a.m. be continued to February 21, 2012, at 9:00 a.m.

```
                                    Respectfully submitted,

Dated: January 12, 2012             BENJAMIN B. WAGNER
                                    United States Attorney


                              By:   /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney


Dated: January 12, 2012       By:   Eric V. Kersten
                                    (as authorized on 01/12/12)
                                    ERIC V. KERSTEN
                                    Attorney for Defendant
                                    KENYON GRAHAM REYNOLDS
```

### ORDER

IT IS ORDERED that the hearing regarding restitution be continued from January 17, 2012, to February 21, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 13, 2012            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

---

Stipulation & Order Continuing Hearing on Restitution