BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
 United States of America

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No:  1:09-cr-00476 AWI |
| ) | |
| Plaintiff, ) | STIPULATION RE: RESTITUTION |
| ) | and ORDER |
| v. ) | |
| ) | |
| KENYON GRAHAM REYNOLDS, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney, for Plaintiff and Eric Kersten, Assistant Federal Defender, for Defendant that the restitution imposed by the court and entered into the judgment dated May 20, 2011 in the amount of $6,000 should be removed from the judgment in light of the Ninth Circuit decision of United States v. Kennedy, 643 F.3d 1251 (2011), and as a result of the government's subsequent notice to victims and/or their representatives to supplement any restitution amount consistent with the Kennedy decision.

1

1    IT IS FURTHER STIPULATED that an amended judgment be entered
2 which reflects only that no restitution be imposed against this
3 defendant.
4    THE PARTIES FURTHER STIPULATE and waive the right to have
5 this matter heard at a sentencing hearing.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 4/17/2012          By   /s/ Stanley A. Boone
                               STANLEY A. BOONE
                               Assistant U.S. Attorney


DATE: 4/18/2012           By   /s/ Eric Kersten
                               ERIC KERSTEN
                               Attorney for
                               KENYON GRAHAM REYNOLDS

**ORDER**

IT IS SO ORDERED.

Dated:     April 18, 2012
                              CHIEF UNITED STATES DISTRICT JUDGE