UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KENYON REYNOLDS, ) <br> ) <br> Defendant. ) <br> ) | Case №: 1:09-CR-00476-1- <br><br> **ORDER APPOINTING COUNSEL** |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. John Balazs is appointed to represent the defendant effective *nunc pro tunc* to September 30, 2024, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:  **September 30, 2024**

UNITED STATES DISTRICT JUDGE