JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant
KENYON REYNOLDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENYON REYNOLDS,<br><br>Defendant. | No. 1:09-CR-00476-JLT<br><br>~~PROPOSED~~ **ORDER TO SEAL DOCUMENTS** |

Upon application of the defendant Kenyon Renyolds, through counsel, and good cause being shown as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that defendant's Exhibit E to his motion to reduce sentence filed February 20, 2026 be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

_____
UNITED STATES DISTRICT JUDGE