ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:09-CR-00476 JLT |
| Plaintiff, | STIPULATION TO AMEND BRIEFING SCHEDULE |
| v. | COURT: Hon. Jennifer L. Thurston |
| KENYON REYNOLDS, | |
| Defendant. | |

The defendant is serving a 300-month term of imprisonment and has filed a motion for compassionate release.  The court has directed that the government respond to the defendant's motion by April 24, 2026.  The court also indicated that it would entertain a request for a reasonable extension of the filing deadlines.  Although the United States has begun work on its response to the motion, additional time is needed to obtain and review the record.  Defense counsel graciously has agreed not to object to a two-week extension of the government's filing deadline.

Accordingly, the parties agree that the government may file its response to the defendant's motion by May 8, 2026.  Any reply can be filed by June 8, 2026.  The parties request that the court issued the below proposed order.

///

///

///

1

Dated:  April 22, 2026

ERIC GRANT
United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated:  April 22, 2026

/s/ JOHN BALASZ
JOHN BALASZ
COUNSEL FOR
KENYON REYNOLDS

## FINDINGS AND ORDER

The court has reviewed and considered the stipulation filed by the parties on April 22, 2026, and also reviewed the record of this case.  For the reasons stated in the stipulation the court finds good cause for resetting the briefing schedule.  The government's response to the defendant's motion is now due by May 8, 2026.  Any reply from the defendant is due by June 8, 2026.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

UNITED STATES DISTRICT JUDGE

2